# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| Giselle Evonne Bradley ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-CV-02235-CM-KMH |
| ) | |
| vs. ) | |
| ) | |
| UMB Financial Corporation ) | |
| d/b/a UMB Bank, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

## STIPULATION AND JUDGEMENT OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COMES NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action, including all of Plaintiff's claims against Defendant Equifax Information Services, LLC. Each party further agrees to bear its respective costs and attorney fees.

By: /s/ Chelsea S. Springer
The Law Offices of Tracy L. Robinson, LC
Chelsea S. Springer #20522
1125 Grand Blvd, Suite 1300
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: admin@tlrlaw.com
Attorney for Plaintiff

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #23556
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax: (816) 753-1536
Email: gzorogastua@polsinelli.com
Attorney for Defendant
Equifax Information Services, LLC

**SO ORDERED.**

1